**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:19-cv-00080

MICHAEL LANTZ

    Plaintiff,

v.

G&S SALES & PAWN, LLC and
SHARON MARQUARDT,

    Defendants.

## ENTRY OF APPEARANCE

J. Bennett Lebsack of Lowrey Parady, LLC, hereby enters his appearance as counsel of record for Plaintiff Michael Lantz.

Respectfully submitted this 9th day of January, 2019.

    */s/ J. Bennet Lebsack*
    J. Bennett Lebsack
    Lowrey Parady, LLC
    1725 High Street, Suite 1
    Denver, CO  80218
    Tel. (303) 593-2595, Fax (303) 502-9119
    ben@lowrey-parady.com