**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-00080-KLM

**MICHAEL LANTZ**, an individual

      Plaintiff,

v.

**G&S SALES & PAWN LLC**, a Colorado Limited Liability Company,
**SHARON MARQUARDT**, an individual

      Defendants

---

## ENTRY OF APPEARANCE

---

      Westerfield & Martin, LLC hereby submit this Entry of Appearance in the above captioned case on behalf of Defendants G&S Sales & Pawn LLC and Sharon Marquardt.

Dated: April 16, 2019

/s/ Zachary S. Westerfield

Zachary S. Westerfield
Logan R. Martin
Westerfield & Martin, LLC
600 17th St. Ste. 2800 S. Tower
Denver, CO 80202
Ph: 303.748.3444
Email: zach@westerfieldlaw.com
logan@westerfieldlaw.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

      I certify that on April 16, 2019 the foregoing **ENTRY OF APPEARANCE** was e-filed with the court and served via CM-ECF or by First-Class US Mail to the following:

Sarah Parady
Lowrey Parady, LLC
1725 Hight St. Suite 1
Denver, CO 80218

*Counsel for Plaintiff*

/s/ Zachary S. Westerfield