**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-00080-KLM

**MICHAEL LANTZ**, an individual

      Plaintiff,

v.

**G&S SALES & PAWN LLC**, a Colorado Limited Liability Company,
**SHARON MARQUARDT**, an individual

      Defendants

---

## DEFENDANTS' UNOPPOSED MOTION TO CONTINUE SCHEDULING CONFERENCE

---

      Defendants G&S Sales and Pawn LLC and Sharon Marquardt, through undersigned counsel, submit the following Motion to Continue the Scheduling Conference and state as follows:

1. Plaintiffs, by and through their undersigned counsel, and pursuant to D.C. Colo. L. Civ. R. 6.1(a), respectfully submit this Motion for Continuance of the Initial Scheduling Conference, currently set for Monday, April 22, 2019 at 10:30 am.

2. Prior to the filing of this motion, pursuant to D. C. Colo. L. Civ. R. 7.1, counsel for the Defendants conferred with counsel for the Plaintiff and this motion is unopposed

3. Plaintiff filed his Complaint on January 10, 2019.

4. Plaintiff filed an Amended Complaint on February 6, 2019.

5. Defendants have been acting in this case pro se, until they retained the undersigned yesterday.

6. The undersigned would like an opportunity to file a responsive pleading, to confer with counsel for the Plaintiff pursuant to Fed. R. Civ. P. 26(f) and jointly draft a Proposed Scheduling order pursuant to D. C. Colo. L. Civ. R. 26.1(a).

7. In addition, the undersigned will be out of town for a funeral on Monday, April 22, 2019 and will be unable to attend the currently set Scheduling Conference.

WHEREFORE, Plaintiffs respectfully request that the Scheduling Conference currently for Monday, April 22, 2019 at 10:30 am be continued for three weeks.

Dated: April 16, 2019 /s/ Zachary S. Westerfield

Zachary S. Westerfield
Logan R. Martin
Westerfield & Martin, LLC
600 17th St. Ste. 2800 S. Tower
Denver, CO 80202
Ph: 303.748.3444
Email: zach@westerfieldlaw.com
logan@westerfieldlaw.com
Attorney for Defendants


## CERTIFICATE OF SERVICE

I certify that on April 16, 2019 the foregoing **DEFENDANTS' UNOPPOSED MOTION TO CONTINUE SCHEDULING CONFERENCE** was e-filed with the court and served via CM-ECF or by First-Class US Mail to the following:

Sarah Parady
Lowrey Parady, LLC
1725 Hight St. Suite 1
Denver, CO 80218
*Counsel for Plaintiff*

/s/ Zachary S. Westerfield