IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-00080-KLM

MICHAEL LANTZ,

    Plaintiff,

v.

G&S SALES & PAWN LLC, and
SHARON MARQUARDT,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion for Order** [#9] and on Defendants' **Unopposed Motion to Continue Scheduling Conference** [#14] (the "Motion to Continue").

    IT IS HEREBY **ORDERED** that the Motion to Continue [#14] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for April 22, 2019, at 10:30 a.m. is **VACATED** and **RESET** to **May 13, 2019**, at **10:30 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **May 6, 2019**.

    The Motion for Order [#9] was filed by Defendant Sharon Marquardt before either Defendant acquired counsel. The Motion for Order essentially appears to have sought a stay until further action is taken by the Colorado Civil Rights Commission. However, based on the Motion to Continue [#14], the Motion for Order [#9] now appears to be moot. Accordingly,

    IT IS FURTHER **ORDERED** that the Motion for Order [#9] is **DENIED as moot**.

    Dated: April 18, 2019